IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ARTURO VALDEZ, Individually and on behalf of all others similarly situated,<br>    *Plaintiff*,<br><br>v.<br><br>PESSCO, LLC d/b/a PRODUCTION EQUIPMENT SALES & SERVICES, ET AL.,<br>    *Defendants*. | §<br>§<br>§<br>§   NO. MO:18-CV-00094 DC<br>§<br>§<br>§<br>§<br>§<br>§ |

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a) and based upon the Parties' Agreed Order of Dismissal (Doc. 67) filed April 29, 2020.

IT IS FURTHER ORDERED that except as otherwise provided for in the settlement agreement, all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 7th day of May, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE